UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JASON PEREZ,                                                :
:
                Petitioner,    :
:      17-CV-5116 (VSB)
        -against-                                       :
:      **ORDER**
UNITED STATES OF AMERICA,                :
:
                Respondent.   :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Petitioner's Motion Pursuant to Federal Rule of Civil Procedure 15 to Supplement Petitioner's Motion Pursuant to 28 U.S.C. § 2255 filed in *Perez v. United States*, 17-CV-5116.  (Doc. 8.)  Accordingly, it is hereby:

      ORDERED that the Government file a response to Petitioner's § 2255 motion on or before April 15, 2022.  The Government is further ordered to file its response on the docket for *Perez v. United States*, 17-CV-5116.

SO ORDERED.

Dated:  March 16, 2022
           New York, New York

                                                  Vernon S. Broderick
                                                United States District Judge